■ GOLDIE B. PRASHKER, as Administratrix of the Estate of NATHAN PRASHKER, Deceased, et al., Respondents-Appellants, v. UNITED STATES GUARANTEE COMPANY et al., Appellants-Respondents.— Order affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.; Peck, P. J., dissents in

part and votes to modify so as to dismiss so much of the complaint as seeks declaration of defendants' liability for any judgment which may be recovered in the principal action. [See *post*, p. 774.]